IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LAUCELLA,

        Petitioner,                      No. 2:09-cv-2871 FCD JFM (HC)

    vs.

JOHN W. HAVILAND,

        Respondent.           ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 27, 2009, petitioner filed a motion to stay. However, petitioner previously filed a motion to stay on October 2, 2009, which the court has recommended be granted. Accordingly, petitioner's October 27, 2009 motion is duplicative and will be denied.

        IT IS HEREBY ORDERED that petitioner's October 27, 2009 motion for stay is denied.

DATED: November 11, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; lauc2871.dup