IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LAUCELLA,

    Petitioner,               No. 2:09-cv-2871 FCD JFM (HC)

    vs.

JOHN W. HAVILAND,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 27, 2009, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1.  The findings and recommendations filed October 27, 2009, are adopted in full;

2.  Petitioner's October 2, 2009 motion to stay is granted;

3.  This action is stayed pending exhaustion of state remedies as to petitioner's tenth claim; and

4.  Petitioner be directed to file a motion to lift the stay within thirty days from the date of any order by the California Supreme Court resolving the claim referred to in paragraph 2 of the October 27, 2009 findings and recommendations.

DATED: November 23, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE